### In re CICERO TOOL WORKS.

#### SICINSKI v. TRACZ et al.

(Circuit Court of Appeals, Seventh Circuit. May 21, 1924.)

#### No. 3363.

1. **Bankruptcy ⟳269—Order setting aside sales by trustee held erroneous.**

   An order setting aside sales of real estate and personal property after the money received therefor had been largely disbursed by the trustee, and without requiring tender of the price received to the purchaser, or a deposit to guarantee a better offer, *held* erroneous.

2. **Bankruptcy ⟳269—Grounds for setting aside sale by trustee.**

   That the purchaser of real estate at a trustee's sale held a mortgage thereon, and stood silent when the amount was announced at the sale as greater than it was, is not ground for setting aside the sale.

Petition to Review and Revise an Order of the District Court of the United States for the Eastern Division of the Northern District of Illinois.

In the Matter of the Cicero Tool Works, bankrupt. On petition by Mike Sicinski against Joseph S. Tracz and another to revise an order of the District Court. Reversed, with directions.

Edward H. Kubitz, of Chicago, Ill., for petitioner.

Louis Cohen, of Chicago, Ill., for respondents.

Before ALSCHULER, EVANS, and PAGE, Circuit Judges.

PAGE, Circuit Judge. [1, 2] After the trustee in bankruptcy had disbursed much of the $3,000 received for personal property and $1,000 received for an equity in real estate, the District Court, on the petition of a creditor, set aside both sales, without requiring a tender of the money to the purchaser, or a deposit to guarantee a better price, solely because the purchaser, who owned a mortgage debt of $5,000 on the real estate, remained silent when it was announced at the sale in his presence that the mortgage was $7,000. This was error as to the real estate sale. Lanham v. State Bank of Rome (C. C. A.) 268 Fed. 458. It is conceded that there was no ground for vacating the personal property sale.

The order setting aside the sales is reversed, with direction to dismiss the petition.

⟳For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes